UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81102-CIV-MIDDLEBROOKS/BRANNON

CHICKEN COOK DISTILLING, LLC,

    Plaintiff,

v.

HEAVEN HILL DISTILLERIES, INC.,

    Defendant.

_____/

### ORDER ACCEPTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 10) ("Notice"), filed December 19, 2012. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 10) is **ACCEPTED**.

It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** against Defendant. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___19___ day of December, 2012.

                                         DONALD M. MIDDLEBROOKS
                                         UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record